IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | No. 3:14-CR-298-M |
| | § | |
| AMY HERRIG | § | |

## ORDER OF REFERRAL

Before the Court is Defendant's Opposed Motion for Authorization to Travel for Business Purposes [Docket Entry #553]. The Motion is hereby **REFERRED** to Magistrate Judge Horan for hearing, if necessary, and recommendation or determination.

This Order of Referral also prospectively refers all procedural motions (e.g., to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the United States Magistrate Judge's resolution of the motion. All future filings regarding the referred motion should be addressed to the United States Magistrate Judge, not to the District Judge, and should be accompanied by a transmittal letter addressed to the Magistrate Judge, so that filings will reach him without delay.

**SO ORDERED**.

January 25, 2016.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS