IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Criminal No. 3:14-cr-00298-M |
| | § | |
| AMY HERRIG | § | |

## ORDER

Before the Court is Amy Herrig's Opposed Motion for Authorization to Travel for Business Purposes. The Court, having reviewed the motion, hereby grants such motion and authorizes Defendant Herrig to travel to the locations specified in her motion and on the dates specified therein. She shall continue to comply with all conditions of her release and coordinate with her United States Pretrial Officer, or his designee, regarding all segments and aspects of these trips.

Service
SO ORDERED.
January 26, 2016

United States District Judge
United States Magistrate Judge